MARY P. McCURDY (SBN 116812)
GINA M. GUILEY (SBN 226719)
McCURDY & FULLER LLP
1080 Marsh Road, Suite 110
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599

Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| PULTE HOMES, INC., a Michigan corporation;<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 3:06-cv-06650-MJJ<br><br>**STIPULATION CONCERNING RESPONSIVE PLEADING TO COMPLAINT**<br>AND ORDER |

Plaintiff PULTE HOMES, INC. and defendant LEXINGTON INSURANCE COMPANY hereby stipulate that LEXINGTON INSURANCE COMPANY shall have until January 12, 2007 to file a responsive pleading to plaintiff's complaint.

Dated: December 12, 2006    McCURDY & FULLER LLP

　　　　　/s/ Gina M. Guiley
GINA M. GUILEY
Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

Dated: December ___,    LOMBARDI, LOPER & CONANT

_____
LORI A. SEBRANSKY
Attorneys for Plaintiff
PULTE HOMES, INC.

GRANTED
Judge Martin J. Jenkins
12/14/2006

20476

- 1 -
**STIPULATION CONCERNING RESPONSIVE PLEADING TO COMPLAINT**