RALPH A. LOMBARDI, State Bar No. 048217
ral@llcllp.com
LORI A. SEBRANSKY, State Bar No. 125211
las@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Plaintiff
PULTE HOMES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PULTE HOMES, INC., a Michigan corporation;<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation;<br><br>　　　　　Defendant. | Case No.  C06-06650 MJJ<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION**<br><br>**[FRCP 41(a)]** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Pulte Homes, Inc. (Pulte) and defendant Lexington Insurance Company (Lexington), by and through their attorneys of record, agree and stipulate as follows:

　　　　1.　　This action was filed on October 25, 2006;

　　　　2.　　This action is not a class action, a receiver has not been appointed, and the action is not governed by any statute of the United States that requires an order of the court for dismissal;

　　　　3.　　Lexington, the only defendant named in this action, is voluntarily dismissed with prejudice from the complaint filed by Pulte;

　　　　4.　　Each party agrees to bear its own fees and costs;

　　　　5.　　This stipulation may be executed in several identical counterparts, each of which

30635-35249 LAS 531952.1

**STIPULATION FOR DISMISSAL**

1  shall be deemed an original and which together shall, when executed by or on behalf of all
2  parties, constitute a single stipulation for all purposes;
3       6.     A facsimile of the signature by or on behalf of any party shall be deemed
4  equivalent to the original signature for all purposes; provided, however, that if the original
5  signature is required for purposes of filing this document with the court or for other good reason,
6  it shall be promptly produced.

7  DATED: January 18, 2007     LOMBARDI, LOPER & CONANT, LLP

10  By:   /s/ Lori A. Sebransky
     LORI A. SEBRANSKY
11       Attorneys for plaintiff Pulte Homes, Inc.

12  DATED: January 17, 2007     MCCURDY & FULLER, LLP

15  By   /s/ Gina M. Guiley
     GINA M. GUILEY
16       Attorneys for defendant Lexington Insurance Co.



IT IS SO ORDERED
Judge Martin J. Jenkins
01/31/07

30635-35249 LAS 531952.1     - 2 -

STIPULATION FOR DISMISSAL

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541